**Annette CHARITY, Plaintiff—Appellant,**

v.

**John E. POTTER, Postmaster General, Defendant—Appellee.**

No. 04–2134.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 9, 2004.

Decided Dec. 14, 2004.

Annette Charity, Appellant pro se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Christopher John Burton, United States Postal Service, Washington, D.C., for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

* Yang raises no issues regarding the Convention Against Torture claim in this court.

PER CURIAM:

Annette Charity appeals the district court's order awarding summary judgment in favor of the Postmaster General in her civil action challenging the non-renewal of her term of employment with the U.S. Postal Service. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Charity v. Potter*, No. CA–03–988 (E.D.Va. July 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*